# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL MAGIC METCALF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARAMOUNT PICTURES CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 1:24-cv-00015-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE AN AMENDED APPLICATION WITHIN THIRTY DAYS<br><br>(ECF No. 2) |

On January 4, 2024, Denzell Magic Metcalf ("Plaintiff"), currently incarcerated at the California State Prison, Lancaster, and proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Along with the complaint, Plaintiff filed an application to proceed without prepayment of fees in this action. (ECF No. 2.) Plaintiff's application is not properly completed, and contains no trust fund account, or certification from an authorized officer. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action as the application is not complete.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is HEREBY DENIED without prejudice;
2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an application to proceed *in forma pauperis* which includes a certified copy of his trust account statement showing transactions for the past six months; and
3. Failure to file a complete application to proceed *in forma pauperis* in compliance with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **January 5, 2024**

UNITED STATES MAGISTRATE JUDGE