UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL MAGIC METCALF,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT PICTURES CORP., et al.,<br><br>Defendants. | No.  1:24-cv-00015-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 9, 12) |

Plaintiff Denzell Magic Metcalf is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for being frivolous and lacking in any arguable basis of fact or law.  (Doc. 9.)  Plaintiff was granted 21 days to file objections to the findings and recommendations.  (*Id.* at 11.)  On April 5, 2024, plaintiff filed objections and a motion to relate, which the court construes as a notice of related cases pursuant to Local Rule 123.[1]  (Docs. 11, 12.)  Plaintiff's objections reiterate some of the allegations in his complaint but fail to address the shortcomings of the complaint as described in the findings and recommendations.

---

[1] The related case identified in plaintiff's motion, case no. 1:24-cv-00004-KES-HBK, was ordered dismissed on July 5, 2024.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. After carefully reviewing the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued March 11, 2024 (Doc. 9) are adopted in full;
2. The complaint is dismissed, without leave to amend, as frivolous and lacking an arguable basis in fact or law;
3. Plaintiff's motion to relate (Doc. 12) is denied as having been rendered moot by this order;
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 5, 2024

UNITED STATES DISTRICT JUDGE